10CV1235
JUDGE KENDALL
MAG. JUDGE NOLAN

**PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Annie Bullock
(Please print)

STREET ADDRESS: 2934 Monterey Drive

CITY/STATE/ZIP: Flossmoor, IL 60422

PHONE NUMBER: 708-307-6840

CASE NUMBER: _____

Signature: Annie Bullock        Date: 02-24-10

FILED
FEB 24 2010
Feb 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT