## *United States District Court for the Northern District of Illinois*

Case Number: 10CV1235    Assigned/Issued By: JN

Judge Name: KENDALL    Designated Magistrate Judge: NOLAN

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 4624036041

Date Payment Rec'd: 2-24-10    Fiscal Clerk: JN

**ISSUANCES**

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
    _____
    (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
    (Type of Writ)

2 Original and 2 copies on 2-24-10 as to BANK OF AMERICA; BAC HOME LOANS
    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05