IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 24 2010
Feb 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ANNIE BULLOCK**
Plaintiff

V.

10CV1235
JUDGE KENDALL
MAG. JUDGE NOLAN

**BAC HOME LOANS SERVICING, LP
A/K/A BANK OF AMERICA A/K/A
COUNTRYWIDE MORTGAGE CORP**
Defendant(s)

## MOTION TO STAY

NOW COMES, the Plaintiff Annie Bullock, appearing Pro Se and moves to file to motion to stay, due to Honorable Court pending decision.

The Plaintiff Ms. Bullock is asking the Honorable Court to grant a stay from continuing her payments, while this case is pending. The Defendant Bank of America has, Has attempted once to locking the building, After the initial innocents whish is the primary reasons for this suit.

Defendant Bank of America has brought financial stress as well as emotional stress to my remaining tenants and myself. I'm asking the Honorable Court for Protection to be granted until the Honorable Court decision has been rendered.

*[signature]* 02-24-10