MHN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Annie Bullock

CASE NUMBER:

V.

Bank of America a/k/a Countrywide Home
Loans, BAC Home Loans

10CV1235
JUDGE KENDALL
MAG. JUDGE NOLAN

TO: (Name and address of Defendant)

BAC Home Loans
*100 Beechman Drive Suite 104*
*Pittsburgh PA 15205*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Annie Bullock
2934 Monterey Drive
Flossmoor, IL 60422

an answer to the complaint which is herewith served upon you, within _____*20 21*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

*2-24-10*
_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE**  03/01/2010 |
| NAME OF SERVER *(PRINT)*  Beverly O. Liggans | **TITLE** |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant.  Place where served:   231 So. LaSalle, Chicago,
Ill 60603, Bank of America

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**   Returned unexecuted: _____

**G**   Other (specify): _____

FILED
3-16-2010
MAR 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03/01/2010          *Beverly Liggans*
Date                                    *Signature of Server*

6101 Alexandra Dr. Matteson, Il. 60443
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:10-cv-0

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

BAC Home Loans
100 Beechman Drive
Pittsburgh, PA. #109
15205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *J Buno*          ☑ Agent
                    ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
   *J BRUNO*          *3/4/10*
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

# FILED
MAR 16 2010

3. Service   MICHAEL W. DOBBINS
   ☐ Certified Mail   ☐ Express Mail
   CLERK U.S. DISTRICT COURT
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes



2. Article Number
   (Transfer from service label)     7008 1830 0003 1943 3255

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE     ‖‖‖‖     First-Class Mail
                                          Postage & Fees Paid
                                          USPS
                                          Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Annie Bullock
2934 Monterey Dr.
Flossmoor, IL 60422

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖