AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Annie Bullock

V.

Bank of America a/k/a Countrywide Home Loans, BAC Home Loans

CASE NUMBER:

10CV1235
JUDGE KENDALL
MAG. JUDGE NOLAN

TO: (Name and address of Defendant)

BAnk of America
231 S. LaSalle
Chicago IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Annie Bullock
2934 Monterey Drive
Flossmoor, IL 60422

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 2-24-10

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 03/01/2010 |
| NAME OF SERVER (PRINT) Beverly O. Liggans | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Bank of America, 231 So. LaSalle, Chicago, IL. 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED 3-16-2010
MAR 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/01/2010           *Signature of Server* (Beverly Liggans)

Address of Server: 6101 Alessandra Dr., Matteson, IL-60443

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

           PITTSBURGH PA 15205

Postage                             $    $0.44
Certified Fee                            $2.80
Return Receipt Fee
(Endorsement Required)                   $2.30
Restricted Delivery Fee
(Endorsement Required)                   $0.00
Total Postage & Fees                $    $5.54

Sent To    Bank of America (BAC)
Street, Apt. No.;
or PO Box No.   100 Beechman, #109
City, State, ZIP+4   Pittsburgh, PA

PS Form 3800, August 2006          See Reverse for Instructions
```

FILED
MAR 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT