UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNIE BULLOCK )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAC HOME LOAN *also known as* BANK OF )<br>AMERICA, WELLS FARGO, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-01235 |

## NOTICE OF APPEARANCE OF BROOKS R. BROWN

Please enter the appearance of Brooks R. Brown in the above-captioned matter as counsel for defendant BAC Homes Loans Servicing, L.P., named in the Complaint as "BAC Home Loan."

        Respectfully submitted,

        BAC HOME LOANS SERVICING, L.P.

        By its attorney,

        /s/ Brooks R. Brown
        Brooks R. Brown
        GOODWIN PROCTER LLP
        53 State Street
        Boston, Massachusetts  02109
        Tel.:  617.570.1000
        Fax:  617.523.1231

Dated: March 24, 2010

**PROOF OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 24th day of March, 2010.

                                              /s/ Brooks R. Brown  
                                              Brooks R. Brown