FILED 44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2 6 2010 YM
Mar 26 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Annie Bullock )
Plaintiff )
) Case Number: 10 cv 01235
)
v. )
) Judge: Kendall
BAC Home loans Servicing, LP )
A/K/A Bank of America A/K/A )
Defendant Countrywide mortgage corp )

NOTICE OF MOTION

TO: Brook R. Brown / Goodwin Procter LLP
53 State St
Boston, Massachusetts 02109

PLEASE TAKE NOTICE that on __March 31__ at __9:00am__, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge __2319__ or any judge sitting in his or her stead in Courtroom _____ of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on __Sonya Davis__, I provided service to the person or persons listed above by the following means: __Fax 617-523-1231__

Signature: __Sonya Davis__ Date: __3-26-10__

Name (Print): __Sonya Davis__

Address: __926 W 174th__ Phone: __773-554-9077__

__Hazel Crest IL 60429__