UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNIE BULLOCK,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BAC HOME LOAN a/k/a BANK OF AMERICA, WELLS FARGO<br><br>　　　　　Defendants. | Civil Action No. 10-cv-1235 |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT BAC HOME LOANS SERVICING, L.P.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant BAC Home Loans Servicing L.P.[1] hereby discloses that it is a wholly-owned indirect subsidiary of Bank of America Corporation.  Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

---

[1] BAC Home Loans Servicing, L.P. is misnamed in the caption of this lawsuit as "BAC Home Loan a/k/a Bank of America."

1

Respectfully submitted,

BAC HOME LOANS SERVICING L.P.,

By its attorney,

/s/ Brooks R. Brown
Brooks R. Brown
GOODWIN PROCTER LLP
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
310.788.5100 (phone)
310.286.0992 (facsimile)
bbrown@goodwinprocter.com

Dated: March 29, 2010

## PROOF OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 29th day of March, 2010.

/s/ Brooks R. Brown
Brooks R. Brown