# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Bullock v. BAC Home Loan, et al.

Case Number: 1:10-cv-01235

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BAC Home Loans Servicing, L.P. named in the Complaint as "BAC Home Loan."

| | |
|---|---|
| NAME (Type or print) | |
| Howard L. Teplinsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Howard L. Teplinsky | |
| FIRM | |
| Ottenheimer Teplinsky Rosenbloom, LLC | |
| STREET ADDRESS | |
| 750 Lake Cook Road, Suite 140 | |
| CITY/STATE/ZIP | |
| Buffalo Grove, IL 60089 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197501 | 847-520-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |