UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNIE BULLOCK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 10 CV 1235 |
| BAC HOME LOAN, a/k/a, BANK OF AMERICA WELLS FARGO, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that, on the 30th day of March, 2010, there was filed with the Clerk of the United States District Court for the Northern District of Illinois an **APPEARANCE**, a copy of which is attached.

**BAC HOME LOAN SERVICING, L.P.**

By: /s/ Howard L. Teplinsky
One of Its Attorneys

Howard L. Teplinsky – 6197501
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois 60089
(847) 520-9400
hteplinsky@otrlaw.com

Brooks R. Brown
GOODWIN PROCTER LLP
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
310.788.5100 (phone)
310.286.0992 (facsimile)
bbrown@goodwinprocter.com

## CERTIFICATE AND AFFIDAVIT OF DELIVERY

I, an attorney, state that a true copy of the attached pleading was electronically filed with the Clerk of the United States District Court and sent via U.S. Mail at the address shown before 5:00 p.m. this 30th day of March, 2010.

Annie Bullock, PRO SE
2934 Monterey Drive
Flossmoor, Illinois 60422

/s/ Howard L. Teplinsky