**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Annie Bullock
                      Plaintiff,

v.                                             Case No.: 1:10–cv–01235
                                                    Honorable Virginia M. Kendall

BAC Home Loan, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 31, 2010:

      MINUTE entry before Honorable Virginia M. Kendall: Mr. Bryan Michael Sims, Thompson Rosenthal & Watts LLP, 40 Shuman Blvd, Suite 290, Naperville, IL 60563, 630–344–9267, Fax: 630–689–9072, Email: bsims@simslawfirm.com is appointed as counsel for plaintiff. Mr. Sims is directed to contact plaintiff forthwith. Status hearing date of 5/5/2010 at 9:00 am shall stand.Mailed and telephone notice notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.